**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00558-REB-MEH

BACTERIN INTERNATIONAL, INC., a Nevada corporation,

    Plaintiff,

v.

TISSUE TRANSPLANT TECHNOLOGY, LTD., a Texas limited partnership d/b/a BONE BANK ALLOGRAFTS,
T-TOT, LLC, a Texas limited liability company,
TRANSPLANT TECHNOLOGIES OF TEXAS, LTD., a Texas limited partnership,
TTT, LLC, a Texas limited liability company, and
JWL MANAGEMENT, LLC, a Texas limited liability company,

    Defendants.

**ORDER OF DISMISSAL AS TO
DEFENDANT, JWL MANAGMENT, LLC, ONLY**

**Blackburn, J.**

    The matter is before me on the **Notice of Voluntary Dismissal of Defendant JWL Management, LLC** [#17][1] filed April 4, 2012.  After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against defendant, JWL Management, LLC, should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Notice of Voluntary Dismissal of Defendant JWL Management, LLC** [#17] filed April 4, 2012, is **APPROVED**;

    2. That plaintiff's claims against defendant, JWL Management, LLC, are

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**DISMISSED WITHOUT PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

  3.  That defendant, JWL Management, LLC, is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

  Dated April 5, 2012, at Denver, Colorado.

              **BY THE COURT:**

              *Bob Blackburn*
              Robert E. Blackburn
              United States District Judge