**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 12-cv-00558-REB-MEH

BACTERIN INTERNATIONAL, INC., a Nevada corporation,

     Plaintiff,

v.

TISSUE TRANSPLANT TECHNOLOGY, LTD., a Texas limited partnership d/b/a BONE
BANK ALLOGRAFTS,
T-TOT, LLC, a Texas limited liability company,
TRANSPLANT TECHNOLOGIES OF TEXAS, LTD., a Texas limited partnership,
TTT, LLC, a Texas limited liability company, and
JWL MANAGEMENT, LLC, a Texas limited liability company,

     Defendants.

---

**ORDER OF DISMISSAL AS TO**
**DEFENDANT, JWL MANAGMENT, LLC, ONLY**

---

**Blackburn, J.**

     The matter is before me on the **Notice of Voluntary Dismissal of Defendant**

**JWL Management, LLC** [#17][1] filed April 4, 2012.  After reviewing the notice and the

file, I conclude that the notice should be approved and that plaintiff's claims against

defendant, JWL Management, LLC, should be dismissed without prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Notice of Voluntary Dismissal of Defendant JWL Management,**

**LLC** [#17] filed April 4, 2012, is **APPROVED**;

     2.  That plaintiff's claims against defendant, JWL Management, LLC, are

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific
paper by the court's electronic case filing and management system (CM/ECF). I use this convention
throughout this order.

**DISMISSED WITHOUT PREJUDICE** with each of the affected parties to pay its own

attorney fees and costs; and

      3.  That defendant, JWL Management, LLC, is **DROPPED** as a named party to

this litigation, and the case caption is amended accordingly.

      Dated April 5, 2012, at Denver, Colorado.

                                    **BY THE COURT:**

                                      Robert E. Blackburn
United States District Judge

2