IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00558-REB-MEH

BACTERIN INTERNATIONAL, INC., a Nevada corporation,

    Plaintiff,

v.

TISSUE TRANSPLANT TECHNOLOGY, LTD., a Texas limited partnership d/b/a BONE BANK ALLOGRAFTS,
T-TOT, LLC, a Texas limited liability company,
TRANSPLANT TECHNOLOGIES OF TEXAS, LTD., a Texas limited partnership, and
TTT, LLC, a Texas limited liability company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 10, 2012.**

    The Joint Motion to Stay Proceedings [filed August 9, 2012; docket #34] is **granted** as follows. The Court will temporarily stay the proceedings of this matter until November 7, 2012. On or before that date, the parties shall file dismissal papers with the Court, or a joint status report informing the Court as to the status of settlement negotiations.